

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

HOLIDAY SYSTEMS INTERNATIONAL
NEVADA, d/b/a HOLIDAY SYSTEMS
INTERNATIONAL, a Nevada corporation,

Plaintiff,

v.

VIVARELLI, SCHWARZ AND ASSOCIATES,
S.A. de C.V., a Mexican corporation; RESORT
SOLUTIONS INC., a Virginia corporation;
ROYAL ELITE VACATIONS, LLC, a Virginia
limited liability company; ROYAL ELITE
EXCHANGES LLC, a Virginia limited liability
company; and AARON SCHWARZ, an
individual,

Defendants.

Case No. 2:10-cv-00471-LRH-LRL

LETTERS ROGATORY

## TO THE CIVIL JUDGE WITH JURISDICTION IN PLAYA DEL CARMEN, JUDICIAL DISTRICT OF SOLIDARIDAD, QUINTANA ROO, MEXICO

The undersigned Judge for the United States District Court for the District of Nevada, sends greetings to the Honorable Civil Judge in and for the City of playa del Carmen, Judicial District of Solidaridad, Quintana Roo, Mexico and solicits the assistance of your competent Court by directing its constable or bailiff to serve the enclosed documents on Vivarelli, Schwarz and Associates, S.A. de C.V., a Mexican corporation with a principal place of business ("domicile") at Highway Cancun-Chetumal Kilometer 295, Playa del Carmen, Quintana Roo, Mexico and who is a Defendant in the proceedings described above pending.

I cordially solicit your assistance in this matter by requesting your constable or bailiff to personally deliver to Defendant Vivarelli, Schwarz and Associates, S.A. de C.V. a copy of the enclosed Plaintiff's original Complaint ("petition") to Defendant Vivarelli, Schwarz and Associates, S.A. de C.V. and to direct Defendant Vivarelli, Schwarz and Associates, S.A. de C.V. to file an answer or other response to the enclosed documents

with the Clerk of the U.S. District Court, District of Nevada, at 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101 U.S.A., on or before 10:00 a.m. on the Monday next after expiration of ninety (90) days after the date of service thereon, advising Vivarelli, Schwarz and Associates, S.A. de C.V. that if it fails to do so, a default judgment will be rendered against Vivarelli, Schwarz and Associates, S.A. de C.V.

I further request that after personal service of the enclosed documents, in the manner prescribed by the laws of Mexico, Proof of Service be thereupon returned to this Court. For purposes of all matters relating to this Letters Rogatory, I further request that your Court recognize Alejandro Sotelo Mesta, Felipe Mendoza Vidal, Jose Rafael Saldaña Corral, Bernardo Del Rio Camacho, Joaquin Baquedano Cura, Joaquín José Baquedano Fernández, Enrique Iván Cura López, Ana María Rodrígues Estrella, Miguel Angel Kim Martínez, and Juan José Pech Acosta, severally, as authorized by Holiday Systems International of Nevada, d/b/a Holiday Systems International ("HSI"), who is the Plaintiff in these proceedings before this Court, to serve as HSI's attorneys in Mexico and there to take any action and perform all acts that may be necessary or convenient in connection therewith, including the authority to designate a new address for the Defendant to perform the service requested.

Thanking you in advance for your assistance with this respect, I wish to assure you of reciprocity in any similar matter in the future.

WITNESS of the official seal of this Court.

DATE: _Sept. 9_, 2010

DISTRICT OF NEVADA
UNITED STATES DISTRICT COURT JUDGE

OFFICIAL SEAL