# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLIDAY SYSTEMS INTERNATIONAL OF NEVADA, d/b/a HOLIDAY SYSTEMS INTERNATIONAL, a Nevada corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>VIVARELLI, SCHWARZ AND ASSOCIATES, S.A. de C.V., a Mexican corporation, *et al.*,<br><br>         Defendants. | Case No.  2:10-cv-00471-MMD-GWF<br><br>**ORDER** |

**IT IS ORDERED** counsel for Plaintiff shall file a status report regarding the current status of this matter no later than **July 8, 2013**, including whether the case may be dismissed.

DATED this 27th day of June, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge