JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 09549
Email: tedwards@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLIDAY SYSTEMS INTERNATIONAL OF NEVADA, d/b/a HOLIDAY SYSTEMS INTERNATIONAL, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIVARELLI, SCHWARZ AND ASSOCIATES, S.A. de C.V., a Mexican corporation; RESORT SOLUTIONS INC., a Virginia corporation; ROYAL ELITE VACATIONS, LLC, a Virginia limited liability company; ROYALE ELITE EXCHANGES LLC, a Virginia limited liability company; and AARON SCHWARZ, an individual,<br><br>Defendants. | CASE NO.:   2:10-cv-00471-MMD-(GWF)<br><br>[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT AARON SCHWARZ |

THIS MATTER having come before the Court pursuant to Plaintiff Holiday Systems of Nevada's ("HSI") Application for Default Judgment Against Defendant Aaron Schwarz (the "Schwarz Application"), and the Court having reviewed the pleadings and papers submitted in support thereof and having granted the Schwarz Application in its entirety (*see* Dkt. No. 99), now, therefore,

It is hereby ORDERED, ADJUDGED and DECREED that judgment is entered against Defendant Aaron Schwarz ("Defendant Schwarz") as follows:

///

1. HSI is hereby awarded actual, special and consequential damages against Defendant Schwarz in the total amount of **$1,148,508.17** based upon Schwarz's misappropriation and use of HSI's confidential and proprietary assets, interference with HSI's valid and existing contractual relations, and the ongoing and recurrent conversion of monies, incomes and/or revenues due and owing to HSI and the unjust enrichment resultant therefrom, which shall bear prejudgment interest at the statutory allowance of N.R.S. § 17.130 as set forth below.

2. HSI is hereby awarded its costs incurred in the prosecution of this action against Defendant Schwarz in the amount of **$9,070.52**, jointly and severally with Defendant Vivarelli, Schwarz & Associates, S.A. de C.V., as set forth in the Bill of Costs filed by HSI pursuant to LR 54-1.

3. HSI is awarded prejudgment interest and statutory interest in the amount of **$230,424.60**, pursuant to N.R.S. § 17.130.[1]

4. HSI shall recover the aggregate judgment amount of **$1,157,578.69** against Defendant Schwarz, as denoted in Paragraphs 1 – 3 above.

5. HSI is awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED this 30th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The calculation of prejudgment interest pursuant to N.R.S. § 17.130 is made through January 31, 2014.

- 2 -