JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 09549
Email: tedwards@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLIDAY SYSTEMS INTERNATIONAL OF NEVADA, d/b/a HOLIDAY SYSTEMS INTERNATIONAL, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIVARELLI, SCHWARZ AND ASSOCIATES, S.A. de C.V., a Mexican corporation; RESORT SOLUTIONS INC., a Virginia corporation; ROYAL ELITE VACATIONS, LLC, a Virginia limited liability company; ROYALE ELITE EXCHANGES LLC, a Virginia limited liability company; and AARON SCHWARZ, an individual,<br><br>Defendants. | CASE NO.:   2:10-cv-00471-MMD-(GWF)<br><br>AMENDED [PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT VIVARELLI, SCHWARZ AND ASSOCIATES, S.A. DE C.V. |

THIS MATTER having come before the Court pursuant to Plaintiff Holiday Systems of Nevada's ("HSI") Application for Default Judgment Against Defendant Vivarelli, Schwarz & Associates, S.A. de C.V. (the "VSA Application") (Dkt. No. 94), and the Court having reviewed the pleadings and papers submitted in support thereof and having granted the VSA Application in its entirety (*see* Dkt. No. 99), now, therefore,

It is hereby ORDERED, ADJUDGED and DECREED that judgment is entered against Defendant Vivarelli, Schwarz & Associates, S.A. de C.V. ("VSA") as follows:

///

- 1 -

1. HSI shall recover statutory, actual, special and consequential damages against VSA in the amount of **$286,081.73**, consisting of the following:

   a. Pursuant to 15 U.S.C. § 1117(c)(1), HSI is hereby awarded statutory damages against VSA in the amount of $100,000.00 for VSA's violations of 15 U.S.C. § 1114, which shall bear prejudgment interest at the statutory allowance of 28 U.S.C. § 1961 as set forth below; and

   b. HSI is hereby awarded actual, special and consequential damages against VSA in the total amount of $186,081.73 for VSA's breach of contract and breach of the covenant of good faith and fair dealing, which shall bear prejudgment interest at the statutory allowance of N.R.S. § 17.130 as set forth below.

2. HSI is hereby awarded attorneys' fees incurred in the prosecution of this action against VSA in the amount of **$76,146.21**, pursuant to the terms of the Sales Agreement at issue in this action and 15 U.S.C. § 1117(a).

3. HSI is hereby awarded its costs incurred in the prosecution of this action in the amount of **$9,070.52**, jointly and severally with Defendant Aaron Schwarz, as set forth in the Bill of Costs filed by HSI pursuant to LR 54-1, the terms of the Sales Agreement at issue in this action, and 15 U.S.C. § 1117(a).

4. HSI is awarded prejudgment statutory interest in the amount of **$38,212.87**, pursuant to 28 U.S.C. § 1961 and N.R.S. § 17.130.[1]

5. HSI shall recover the aggregate judgment amount of **$409,511.33** against VSA, as denoted in Paragraphs 1 – 4 above.

///

///

///

---

[1] The calculation of prejudgment interest pursuant to 28 U.S.C. § 1961 and N.R.S. § 17.130 is made through January 31, 2014 for the damages awarded to HSI under federal law and state law (Paragraphs 1(a) and 1(b) above), respectively.

00007-19/1226368.doc

6. HSI is awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED this 2nd day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

00007-19/1226368.doc